IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RAYNARD GRAVES                    :        CIVIL ACTION

    V.                            :

RICARDO MARTINEZ, et al.          :        NO. 09-4167

O R D E R

AND NOW, this 20th day of August, 2010:

1. Petitioner's objections to the Report and Recommendation of United States Magistrate Judge Henry S. Perkin are overruled.

2. The Report and Recommendation is Approved and Adopted.

3. The petition for writ of habeas corpus is denied.

4. A certificate of appealability is denied, as petitioner has not made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(2).

BY THE COURT:

/s/ Michael M. Baylson
MICHAEL M. BAYLSON, J.

mail
cc: Murray
Graves