IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RAYNARD GRAVES,**<br>Petitioner,<br><br>v.<br><br>**RICARDO MARTINEZ, et al.,**<br>Respondents. | **CIVIL ACTION**<br><br>**NO. 09-4167** |

# O R D E R

**AND NOW**, this 26th day of February 2018, upon consideration of Petitioner's "Motion for Relief from Judgment Pursuant to Rule 60(b), FRCP," (ECF 29), and for the reasons stated in the foregoing Memorandum, it is hereby **ORDERED** that Petitioner's Motion is **DENIED**.

**BY THE COURT:**

/s/ Michael M. Baylson
**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 09\09-4167 Graves v. Martinez\9cv4167 order denying 60(b) motion.docx